# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>CESAR JULIO HERNANDEZ<br>JACQUELINE ELIZABETH HERNANDEZ<br>　　　Debtor(s) | Case No. 15-06761 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/27/2015.

2) The plan was confirmed on 07/23/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 04/14/2016.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,510.00 |
| Less amount refunded to debtor | $334.00 |

**NET RECEIPTS:** $4,176.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $176.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,176.00

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC INTERNATIONAL | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| ALEX VELASCO | Unsecured | 6,650.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 2,229.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 5,494.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 3,168.00 | 3,409.79 | 3,409.79 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 5,494.00 | NA | NA | 0.00 | 0.00 |
| Capital Management | Unsecured | 1,752.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 335.00 | 368.51 | 368.51 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 489.00 | 279.54 | 279.54 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 0.00 | 464.32 | 464.32 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 363.00 | 362.50 | 362.50 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 407.00 | 406.69 | 406.69 | 0.00 | 0.00 |
| CHARLES RUTENBERG REALTY | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 968.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 643.00 | 764.00 | 764.00 | 0.00 | 0.00 |
| COMCAST | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,232.00 | 2,562.58 | 2,562.58 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| FIRST FINANCIAL INVESTMENT FUN | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| GENERAL CREDIT SERVICE | Unsecured | 2,229.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES EDUCATIONAL SERVI | Unsecured | 2,125.00 | NA | NA | 0.00 | 0.00 |
| HBLC | Unsecured | 4,616.00 | NA | NA | 0.00 | 0.00 |
| ICE MOUNTAIN SPRING WATER | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 5,472.00 | 11,231.68 | 11,231.68 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 56.00 | 80.45 | 80.45 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 125.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 62.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 68.78 | 68.78 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 315.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 416.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 416.00 | 1,838.85 | 1,838.85 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

Case 15-06761   Doc 37   Filed 07/14/16   Entered 07/14/16 10:46:24   Desc Main
Document   Page 3 of 4

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Unsecured | NA | 12,656.15 | 12,656.15 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| JOHN STROGER HOSPITAL | Unsecured | 1,050.00 | NA | NA | 0.00 | 0.00 |
| JRS I INC | Unsecured | 1,620.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAN | Unsecured | 1,338.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,050.00 | 1,002.63 | 1,002.63 | 0.00 | 0.00 |
| MACNEAL HOSPITAL | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| MB FINANCIAL | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| METROPOLITAN ADVANCED RADIO | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS OF CHC | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,405.00 | 1,933.88 | 1,933.88 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 2,804.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ST ANTHONY EMERGENCY SERVICE | Unsecured | 588.00 | NA | NA | 0.00 | 0.00 |
| ST ANTHONY EMERGENCY SERVICE | Unsecured | NA | 588.00 | 588.00 | 0.00 | 0.00 |
| ST ANTHONY HOSPITAL | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 4,241.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 932.00 | NA | NA | 0.00 | 0.00 |
| THE BANK OF NEW YORK MELLON | Unsecured | NA | 181,575.89 | 181,575.89 | 0.00 | 0.00 |
| UNIVERSITY OF PATHOLOGISTS PC | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVER GROVE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $11,231.68 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,919.30 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$13,150.98** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$206,443.26** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,176.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$4,176.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/14/2016        By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**